# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:09cr76 |
| | ) | |
| IMRAN ALAM | ) | |

### ORDER

The matter is before the Court on the government's motion to dismiss the indictment in this case without prejudice (Doc. 5).

For good cause,

It is hereby **ORDERED** that the government's motion to dismiss the indictment is **GRANTED**.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

/s/
_____

March 19, 2010　　　　　　　　　　　　T. S. Ellis, III
Alexandria, VA　　　　　　　　　　　　United States District Judge